FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC - 6 2017

BY
DEPUTY_____

United States Courts
Southern District of Texas
FILED
*May 07, 2018*
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:17-CR-147 |
| v. | § | |
| | § | Crone-Giblin |
| WILLIE PAUL RIDEAUX, JR. | § | |

4:18mj0747

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about November 1, 2017, in the Eastern District of Texas, **Willie Paul Rideaux, Jr.**, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Possession of a Controlled Substance, a felony, in Cause Number 84877, in the Criminal District Court of Jefferson County, Texas, on October 3, 2001; Family Assault, a felony, in Cause Number 93745, in the Criminal District Court of Jefferson County, Texas, May 19, 2006; and Possession of a Controlled Substance, a felony, in Cause Number 10-09215, in the 252nd District Court of Jefferson County, Texas, on February 17, 2011, did knowingly possess in and affecting interstate and foreign commerce, a firearm, namely: one (1) Taurus, Model PT-140, .40 Caliber Pistol, bearing serial number SAT64152.

Indictment – Page 1

In violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As the result of committing the felony offense in violation of 18 U.S.C. § 922(g)(1) alleged in Count One of this indictment, defendant, **Willie Paul Rideaux, Jr.,** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the offense, including but not limited to the following:

**Taurus, Model PT-140, .40 Caliber Pistol, bearing serial number SAT64152.**

A TRUE BILL.

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____          12/6/2017
JOHN B. ROSS                              Date
Assistant United States Attorney

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:17-CR-147 |
| v. | § | |
| | § | |
| WILLIE PAUL RIDEAUX, JR. | § | |

## NOTICE OF PENALTY

### Count One

Violation:     18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Penalty:       Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim, whichever is greater, or both; a term of supervised release of not more than three (3) years. If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000, or both; a term of supervised release of not more than five (5) years.

Special Assessment:     $ 100.00

Indictment – Page 3

AO 442 (Rev. 11/11) Arrest Warrant

10443869

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>WILLIE PAUL RIDEAUX, JR.<br>In Custody of Jefferson County Jail<br><br>*Defendant* | )<br>)  Case No.  1:17cr147(1) MC<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  WILLIE PAUL RIDEAUX, JR.
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(1) Felon in possession of a firearm.

Date: 12/7/17

*David A. O'Toole*
*Issuing officer's signature*

City and state: Beaumont, TX

David A. O'Toole, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*